IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR94 |
| JOSE ELIAS GARCIA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Before the court is the defendant's Motion to Review Order of Detention [41]. Pretrial Services is ordered to investigate the proposed release plan on or before May 23, 2005 and provide the court and counsel with a report.

    IT IS SO ORDERED.

    DATED this 3rd day of May, 2005.

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      United States Magistrate Judge