# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR94 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ELIAS GARCIA, | ) | SCHEDULING ORDER |
| VICENTE PADILLA-NAVARRO, | ) | |
| LEONARDO VARGAS-GONZALEZ, | ) | |
| LUIS ALBERTO RAMOS-MARTINEZ, and | ) | |
| ESTRELLA ALBA-CRUZ, | ) | |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

**IT IS ORDERED** that this matter is hereby removed from the trial calendar for the week of July 25, 2005. A new trial date will be set in accordance with the Speedy Trial Act after the defendants' pretrial motions are decided.

**DATED July 6, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**